

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LINDA S. RESTREPO AND CARLOS E. RESTREPO D/B/A COLLECTIVELY RDI GLOBAL SERVICES AND R&D INTERNATIONAL, | § § § § | No. 08-14-00288-CV<br><br>Appeal from the<br><br>County Court at Law No. 5 |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2012DCV04523) |
| | § | |
| ALLIANCE RIGGERS & CONSTRUCTORS, LTD., | § | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. It appearing to this Court that Appellants are indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF NOVEMBER, 2014.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.